**No. 10-9493. Anthony Maurice Jackson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5068.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3780.

**No. 10-9542. Karen A. Daniels, Petitioner v. Bally's Atlantic City, et al.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5057.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3988.

**No. 10-9602. Kathalina Monacelli, Petitioner v. Ford Motor Company.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5056.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1011, 131 S. Ct. 2906, 179 L. Ed. 2d 1251, 2011 U.S. LEXIS 3866.

**No. 10-9612. America E. Nelson, Petitioner v. Alphonse Lewis, Jr., et al.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5041.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3943.

**No. 10-9623. Lawrence L. Blankenship, Petitioner v. John Simon, Judge, County Court of Florida, Escambia County, et al.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5029.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1011, 131 S. Ct. 2907, 179 L. Ed. 2d 1252, 2011 U.S. LEXIS 3873.

**No. 10-9645. Randy McGowan, Petitioner v. Jeffrey Merrill, Warden.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5072.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3527.

**No. 10-9660. Scott R. Zabriskie, Petitioner v. Florida.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 919, 2011 U.S. LEXIS 5060.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3809.